# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re

NATIVE WHOLESALE SUPPLY COMPANY

                Debtor

Case No. 11-14009-CLB
Chapter 11

**PLEASE TAKE NOTICE** that a hearing will be held:

### DATE/TIME/LOCATION OF HEARING
November 13, 2013 at 10:00 a.m.
U.S. Bankruptcy Court
Olympic Towers, Suite 350, Part II
300 Pearl Street
Buffalo, New York 14202

to consider and act upon the following:

    Debtor's Motion Seeking Approval of USDA Settlement and Dismissal of this Chapter 11 case.

    Notice is further given that the original motion, which may include more comprehensive information, is on file with the Clerk of the Court and may be reviewed at the Bankruptcy Court at the above address during regular business hours.

    Other business will be transacted as may properly come before said hearing. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Dated: October 22, 2013

                                        Respectfully submitted,

                                        GROSS, SHUMAN, BRIZDLE &
                                           GILFILLAN, P.C.

                                        By:   s/ Janet G. Burhyte
                                                Robert J. Feldman
                                                Janet G. Burhyte
                                          *Attorneys for Debtor,*
                                          *Native Wholesale Supply Company*
                                          Office and P.O. Address
                                          465 Main Street, Suite 600
                                          Buffalo, New York 14203
                                          Tel: (716) 854-4300

Doc #371743.2