UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

In Re

NATIVE WHOLESALE SUPPLY COMPANY

Case No. 11-14009-CLB
Chapter 11

Debtor

-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Mary Barone, certify under penalty of perjury that on October 22, 2013, I caused to be served a copy of the **Notice of Hearing on Debtor's Motion Seeking Approval of USDA Settlement and Dismissal of this Chapter 11 case** on the parties listed on the annexed creditors mailing matrix by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Buffalo, New York
      October 23, 2013

                                  s/Mary Barone
                                  Mary Barone

Doc #401954.1

Gable Gotwals
1 Leadership Sq. 15th Floor
211 N. Robinson
Oklahoma City, OK  73102-7109

Eberle, Berlin, Kading, et al.
1111 W. Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID  83701-1368

Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA  95811-4270

Grand River Enterprises: Six Nations Ltd.
2176 Chiefswood Road
P. O. Box 750
Ohsweken, Ontario   N0A 1M0
Canada

Jaeckle Fleischmann & Mugel, LLP
Avant Building
200 Delaware Avenue, Suite 900
Buffalo, NY  14202-2107

Mengel, Metzger and Barr
100 Chestnut Street
Suite 1200
Rochester, NY  14604-2498

Native Wholesale Supply Company
10955 Logan Road
Perrysburg, NY  14129

Windels Marx Lane & Mittendorf
156 West 56th Street
New York, NY  10019-3877

U.S. Bankruptcy Court
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY  14202-2511

Arthur Montour, Jr.
10955 Logan Road
Perrysburg, NY  14129

Black Star Transportation Group
P. O. Box 2325
Blasdell, NY  14219-0525

Capitol Indemnity Corporation
P. O. Box 5900
Madison, WI  53705-0900

Capitol Indemnity Corporation
Wolff & Samson, P.C.
c/o Karen L. Gilman, Esq.
One Boland Drive
West Orange, NJ  07052-3687

Corporation Tax
Attn: Franchise Tax State Campus
Albany, NY  12226

E. Clyde Kirk, Esq.
Office of Oklahoma AG
313 N.E. 21st Street
Oklahoma City, OK  73105-3207

First American Tobacco Co.
Bonded Warehouse Division
11359 Southwestern Blvd.
Irving, NY  14081-9538

Grand River Enterprises
2176 Chiefswood Road
Ohsweken, Ontario  N0A 1M0

Idaho State Tax Commission
P. O. Box 36
Boise, ID  83722-0410

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA  19101-7346

J & S Signs of WNY, Inc.
P. O. Box 8
Dunkirk, NY  14048-0008

Karen Cordry, Esq.
National Association of Attorneys General
2030 M Street, N.W.
Washington, D.C.  20036-3379

Key Bank
P. O. Box 9004
Des Moines, IA  50368-9004

Koch Travel
6633 Main Street
Williamsville, NY  14221

Lane Powell
1420 Fifth Avenue
Suite 4100
Seattle, WA  98101-2338

Michael M. Edson, Esq.
Office of the California AG
110 West A Street, Suite 1100
San Diego, CA  92101-3702

Michelle Hickerson, Esq.
Office of California Attorney General
110 West A Street, Suite 1100
San Diego, CA  92101-3702

NYS Dept. of Taxation & Finance
Attn:  District Tax Attorney
77 Broadway, Suite 112
Buffalo, NY  14203-1670

NYS Dept. of Taxation & Finance
Attn: District Tax Attorney
Room 526, Swan St. Building
6 Empire State Plaza
Albany, NY  12228-0001

Nevada International Trade Co.
6650 S. Spender Street, Suite 110
Las Vegas, NV  89119-3904

North Star Capital Acquisition Corp.
170 Northpointe Pkwy.
Suite 300
Amherst, NY  14228-1992

Office of the New Mexico AG
408 Galisteo Street
Villagra Building
Santa Fe, NM  87501-2645

Patricia Molteni, Esq.
National Association of Attorneys General
2030 M Street, N.W.
Washington, D.C.  20036-3379

Ryan Chiflin, Esq.
Office of the Oklahoma AG
313 N.E. 21st Street
Oklahoma City, OK  73105-3207

Salamanca CBW, LLC
255 Rochester Street
Salamanca, NY  14779-1563

Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220-0001

State of California
c/o California Atty. General
110 West A Street, Suite 1100
San Diego, CA  92101-3702

State of Idaho
c/o Brett T. DeLange Dep. AG
P. O. Box 83720
Boise, ID  83720-0010

State of New Mexico
c/o Patricia Madrid, Atty. Gen.
P. O. Drawer 1508
Santa Fe, NM 87504-1508

State of Oklahoma
c/o Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK  73105-3207

Thomas Visack, Sec. of USDA
c/o James D. Nelson, Esq.
20 Massachusetts Avenue NW, Room 6143
Washington, D.C.  20530-0001

Tuscon Frozen Storage
6964 E. Century Park Drive
Tuscon, AZ  85756-9188

U.S. Attorney
Federal Centre
138 Delaware Avenue
Buffalo, NY  14202-2404

U.S. Securities & Exchange Commission
233 Broadway
New York, NY  10279-0001

UPS
2580 Kenmore Avenue
Tonawanda, NY  14150-7847

U.S. Customs & Border Protection
300 Airborne Parkway, Suite 300
Buffalo, NY  14225-1955

U.S. Customs & Border Protection
726 Exchange Street
Buffalo, NY  14210-1484

U.S. Food & Drug Administration
c/o James D. Nelson, Esq.
20 Massachusetts Avenue NW, Room 6143
Washington, D.C.  20530-0001

U.S. Food & Drug Administration
300 Pearl Street
Suite 100
Buffalo, NY  14202-2501

USA Commodity Credit Corp.
 of Department of Agriculture
c/o U.S. Department of Justice Civil
Washington, D.C.  20250-0506

Verizon
1095 Avenue of the Americas
New York, NY  10036-6704

Western NY Foreign Trade Zone
10 N. Gates Avenue
Lackawanna, NY  14218-1028

Wilde Art Custom Vinyl Graphic
4560 Clinton Street
West Seneca, NY  14224-1724

c/o Native Wholesale Supply Co.
10955 Logan Road
Perrysburg, NY  14129

Joseph W. Allen
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY  14202-2523

Leonard Violi, Esq.
Law Offices of Leonard Violi
910 E. Boston Post Road
Mamoroneck, NY 10543-4109

NYS Dept. of Labor
Field Tax Services Section
290 Main St., Room 219
Buffalo, NY 14202-4006

Cuddy & McCarthy, LLP
1701 Old Pecos Trail
Santa Fe, NM 87505-4758

State of New York
2030 M Street, N.W.
Washington, D.C. 20036-3306

U.S. Customs & Border Protection
Attn: Revenue Division, Bankruptcy Team
6650 Telecom Dr., Ste. 100
Indianapolis, IN 46278-2010

Darcie L. Houck, Esq.
Fredericks Peebles & Morgan LLP
2020 L Street, Suite 250
Sacramento, CA 95811-4270

Kevin Szanyi, Esq.
Webster Szanyi LLP
1400 Liberty Bldg.
Buffalo, NY 14202-3614

Marc Edward, Esq.
Phillips Murrah
101 N. Robinson, 13th Floor
Oklahoma City, OK 73102-5523

U.S. Department of Agriculture
c/o Charles Canter
U.S. Department of Justice
P. O. Box 875
Washington, D.C. 20530-0001